**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

---

No. 98-30967

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHRISTOPHER KINGSLEY, aka KEG,

Defendant-Appellant.

---

No. 98-31223

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARCO ROGERS,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Western District of Louisiana
(97-CR-50079)

---

August 9, 1999

Before EMILIO M. GARZA and PARKER, Circuit Judges, and FITZWATER*,
District Judge.

PER CURIAM.**

AFFIRMED. *See* 5ᵀᴴ Cɪʀ. R. 47.6.

---

*District Judge of the Northern District of Texas, sitting by
designation.

**Pursuant to 5th Cir. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.